UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALNYLAM PHARMACEUTICALS, INC., a Delaware corporation, and ISIS PHARMACEUTICALS, INC., a Delaware corporation,

    Plaintiffs,

v.

TEKMIRA PHARMACEUTICALS CORPORATION, a Canadian corporation,

    Defendant.

Civil Action No. 1:12-CV-10087-RWZ

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate and agree that the action, including any asserted claims and counterclaims, is hereby dismissed with prejudice. The parties shall bear their own costs and attorney's fees, and waive all rights of appeal.

Respectfully submitted,

| ALNYLAM PHARMACEUTICALS, INC. and ISIS PHARMACEUTICALS, INC. | TEKMIRA PHARMACEUTICAL CORP. |
|---|---|
| By its attorneys, | By its attorneys, |
| *[signature]* | *[signature]* |
| Sarah Chapin Columbia (BBO #550155) <br> Melissa Nott Davis (BBO #654546) <br> MCDERMOTT WILL & EMERY LLP <br> 28 State Street <br> Boston, Massachusetts 02109 <br> T. 617.535.4000 <br> F. 617.535.3800 | Elizabeth A. Howard *(admitted pro hac vice)* <br> Michael C. Spillner *(admitted pro hac vice)* <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 1000 Marsh Road <br> Menlo Park, California 94025 <br> Tel: (650) 614-7400 <br> Fax: (650) 614-7401 |

Dated: November 13, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on November 13, 2012.

*/s/ Melissa Nott Davis*
Melissa Nott Davis